

**C. Kent Roberts, OSB #80801**
**Joel A. Parker, OSB #00163**
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981
Fax (503) 796-2900
E-Mail: ckroberts@schwabe.com
jparker@schwabe.com

      Of Attorneys for Plaintiff OREGON INTERNATIONAL
      PORT OF COOS BAY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| OREGON INTERNATIONAL PORT OF COOS BAY, | IN ADMIRALTY<br>Civil No. CV 03 1790TC |
|     Plaintiff, | |
| vs. | JUDGMENT IN REM AGAINST M/V EL CONQUISTADOR |
| Motor Vessel EL CONQUISTADOR, her engines, tackle, etc., **in rem**; and PHILLIP SHON NICKEL, **in personam**, | |
|     Defendants. | |

On or about May 17, 2004, this court issued an Order of Default against the M/V

EL CONQUISTADOR and all additional claimants to the vessel. On or about May 26,

2004, pursuant to this court's interlocutory order for sale, the M/V EL

CONQUISTADOR was sold by the United States Marshal at auction, with a successful

bid price of $60,000. All requirements of this court's Order for Interlocutory Sale dated

April 20, 2004, being satisfied, and based upon the plaintiff's motion and the court being duly advised in the premises,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff have judgment in rem against defendant M/V EL CONQUISTADOR in the amount of $63.598.33, together with interest thereon from date of judgement as provided by law.

Dated this 21+ day of ~~January, 2005~~ Dec, 2004.

_____
United States District Judge Magistrate

Presented by:

_____
C. Kent Roberts
Of Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of December, 2004, I served the foregoing

**DEFAULT JUDGMENT IN REM AGAINST M/V EL CONQUISTADOR**, on the

following parties at the following addresses:

Cory A. Birnberg
Birnberg & Associates
Attorneys at Law
261 World Trade Center
San Francisco, CA 94103

    Of Attorneys for Claimant
    Port of Crescent City Harbor District

John C. Babin
Babin & Keusink, P.C.
517 Chetco Avenue
P.O. Box 1600
Brookings, OR 97415

    Former Attorney for Shon Nickel and Lee
    Keevil (Information only)

Gordon T. Carey, Jr.
Attorney at Law
721 S.W. Oak Street, Second Floor
Portland, OR 97205

    Former Attorney for Cheryl Kallman
    (Information only)

Cheryl Kallman
c/o Mr. Bruce Cheeks
P.O. Box 2574
Avila Beach, CA 93424

Lee Keevil
P.O. Box 6029
Eureka, CA 95502

Shon Nickel
P.O. Box 6029
Eureka, CA 95502

by mailing to them a true and correct copy thereof, certified by me as such, placed in a

sealed envelope addressed to them at the addresses set forth above, and deposited in the

U.S. Post Office at Portland, Oregon on said day with postage prepaid.

                                                       _____
                                          C. Kent Roberts